IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CR-113-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) WALTER T. STATON, JR., ) ) Defendant, ) ) and ) ) TOTAL QUALITY LOGISTICS, LLC, ) ) Garnishee. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 45) filed October 24, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 45) is **GRANTED**. The Writ of Continuing Garnishment in this case (Document No. 42) is hereby dismissed.

**SO ORDERED**.

Signed: October 24, 2023

David C. Keesler
United States Magistrate Judge